UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANDRA COULTER,

        Plaintiff,                       Case no. 07-10770

v.

                                    HON. JOHN CORBETT O'MEARA

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant,

_____/

**ORDER ADOPTING MAGISTRATE JUDGE**
**<u>REPORT AND RECOMMENDATION</u>**

      The court, pursuant to 72(b) of the Federal Rules of Civil Procedure, 28 U. S. C. 636(b)(1)(B), and LR 72.1(b)(3), has reviewed Magistrate Judge Binder's report and recommendation, filed January 18, 2008, as well as any objections filed by the parties, and after conducting a *de novo* review, the court accepts the magistrate judge's report and recommendation as the court's findings and conclusions.

      Accordingly, it is hereby **ORDERED** that the report and recommendation is **ADOPTED**.

                                                       <u>s/John Corbett O'Meara</u>
                                                         United States District Judge

Date: February 11, 2008

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, February 11, 2008, by electronic and/or ordinary mail.

                                                     s/William Barkholz
                                                    Case Manager